**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Mary Christianson, | ) | |
| | ) | **ORDER RESCHEDULING EARLY** |
| Plaintiff, | ) | **FINAL PRETRIAL CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| General Services Administration, | ) | Case No. 1:04-cv-143 |
| | ) | |
| Defendant. | ) | |

The final pretrial conference scheduled for May 18, 2006, shall be rescheduled for <u>Friday, June 2, 2006, at 1:30 p.m</u>. The conference will be held in chambers at the U.S. Courthouse located at 220 East Rosser Avenue, Bismarck, North Dakota.

Dated this 18th day of April, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge