# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Mary Christianson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| General Services Administration, | ) | Case No. 1:04-cv-143 |
| | ) | |
| Defendant. | ) | |

On April 21, 2006, the parties filed a "Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677." See Docket No. 28. Pursuant to the stipulation, the parties agreed upon a settlement of any and all claims arising out of this action and agreed that the case be dismissed with prejudice. On April 24, 2006, the Court adopted the stipulation. See Docket No. 30. In accordance with the stipulation and Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court **ORDERS** that the case be dismissed with prejudice.

Dated this 23rd day of May, 2006.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court